No. 72–1178. STEIN *v.* HOWLETT, AUDITOR OF PUBLIC ACCOUNTS OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. 

No. 72–1413. ITZ ET UX. *v.* PENICK ET AL. Appeal from Sup. Ct. Texas dismissed for want of substantial federal question.

No. 72–1415. RICHTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–1447. BLACKBURN *v.* INDIANA. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.

No. 72–6221. SAYLES *v.* ALBERT MIRMAN & ASSOCIATES, INC. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6293. GEMMILL ET AL. *v.* CALIFORNIA. Appeal from Super. Ct. Cal., Shasta County, dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.